455 A.2d 205

Commonwealth v. Raio, Appellant.

Petition for Allowance of Appeal
Denied May 16, 1983.

Submitted May 25, 1982. Benjamin Lerner, Assistant Public Defender, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Judgment of sentence affirmed.

455 A.2d 205

Commonwealth v. Scaramuzzino, Appellant.

Submitted February 24, 1982. Charles Paul Buchanio, for appellant; Robert W. Feeman, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Order affirmed.